

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-13-00557-CR

Trial Court Cause
Number:     12-DCR-061412

Style:     Timothy David Chatmon

    **v** The State of Texas

Date motion filed[*]:     September 6, 2013

Type of motion:     Motion to extend time to file for rehearing

Party filing motion:     Appellant, Timothy David Chatmon

Document to be filed:     Motion for rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:     August 16, 2013

    Number of previous extensions granted:     0

    Date Requested:     September 26, 2013

Ordered that motion is:

    ☐   Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☒   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Justice Keyes
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Keyes, Higley, and Bland

Date: October 8, 2013